SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
www.susmangodfrey.com

| Suite 950 | Suite 3800 | 32nd Floor |
| 1901 Avenue of the Stars | 1201 Third Avenue | 1301 Avenue of the Americas |
| Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 | New York, New York 10019-6022 |
| (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

Justin A. Nelson
Direct Dial (713) 653-7806

E-Mail JNELSON@susmangodfrey.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/17

RECEIVED
MAR 07 2017
CHAMBERS OF
JUDGE MARRERO

March 7, 2017

VIA FAX

Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  Case No. 1:17-cv-01349-VM; *CafeX Communications, Inc. v. Amazon Web Services, Inc.*; In the United States District Court for the Southern District of New York

Dear Judge Marrero:

CafeX's letter confirms why a short extension for Amazon to file its Response would cause no prejudice. CafeX does not and cannot dispute that it offered a schedule that gave Amazon more time than the current schedule. Moreover, as the Exhibit attached to CafeX's letter shows, CafeX never told Amazon that the Court would issue a scheduling order if the parties could not agree. In fact, it told Amazon just the opposite—that "if the parties were unable to agree on a schedule, we could have a teleconference with the Court on the issue on Monday." CafeX further ignores that Amazon responded to this email. Amazon proposed the same schedule that Amazon now proposes to the Court, telling CafeX that it seemed the parties could resolve the briefing schedule without court intervention. *See* Ex. 1 to Amazon's Opening Letter. CafeX does not and cannot deny that it never responded to Amazon's proposal.

March 7, 2017
Page 2

For these reasons and those in the initial letter, Amazon requests a short four-day extension to file its Response to CafeX's Preliminary Injunction Motion.

Sincerely,

*Justin A. Nelson*

Justin A. Nelson (*pro hac vice* motion to be filed shortly)

cc:  David Brafman (via email)

---

Request GRANTED. The briefing schedule for the injunctive relief motion therein is modified as follows: defendant's response 3-17-17; plaintiff's reply 3-22-17.

SO ORDERED.

3-7-17
DATE         VICTOR MARRERO, U.S.D.J.