# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6022
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5095
(713) 651-9366

SUITE 950
1901 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3000
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880

LUCAS ISSACHAROFF
DIRECT DIAL (212) 729-2018

E-MAIL LISSACHAROFF@SUSMANGODFREY.COM

March 20, 2017

Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3/22/17

Re: Case No. 1:17-cv-01349, *CaféX Communications, Inc. v. Amazon Web Services, Inc.*

Dear Judge Marrero:

The declaration of Jennie Tietema filed with the brief in opposition to Plaintiff's Order to Show Cause contained a slight error: it made reference to two exhibits that are no longer part of the declaration. The referenced Exhibit B is now Exhibit AA to the Issacharoff Declaration; the referenced Exhibit A was not filed.

Please see attached a signed, corrected declaration that omits these references. Defendant requests permission to file this document separately on ECF.

Sincerely,

*[signature]*

Lucas Issacharoff

cc: David Brafman (via email)

> SO ORDERED. Request GRANTED.
>
> 3-21-17
> DATE       VICTOR MARRERO, U.S.D.J.