```
                                          USDC SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #:
                                          DATE FILED: 3/24/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
CafeX Communications, Inc., :
: 17 Civ. 1349 (VM)
              Plaintiff, :
: **ORDER**
- against - :
:
Amazon Web Services, Inc., :
:
             Defendant. :
----------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the parties' submissions, the oral arguments, and other materials in the public record of this action, and for the reasons stated by the Court at the hearing on March 24, 2017 on Plaintiff CafeX Communications's ("CafeX") Motion for a Preliminary Injunction to prevent defendant Amazon Web Services, Inc. ("Amazon") from continuing to market its Amazon Chime product ("Motion," Dkt. No. 8.), CafeX's Motion is **DENIED**.

**SO ORDERED.**

Dated:    New York, New York
            24 March 2017

                                              Victor Marrero
                                              U.S.D.J.