Justin A. Nelson (*pro hac vice*)
Chanler A. Langham (4355749)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 653-7895
Facsimile: (713) 654-6666
Email: jnelson@susmangodfrey.com
Email: clangham@susmangodfrey.com

Drew D. Hansen (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 373-7384
Facsimile: (206) 516-3883
Email: dhansen@susmangodfrey.com

Lucas Issacharoff (5382494)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 729-2018
Facsimile: (212) 336-8340
Email: lissacharoff@susmangodfrey.com

*Counsel for Amazon Web Services, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAFEX COMMUNICATIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>AMAZON WEB SERVICES, INC., <br><br>Defendant. | Case No. 1:17-cv-01349-VM <br><br>**DECLARATION OF LUCAS ISSACHAROFF OF COSTS ASSOCIATED WITH FILING REVISED BRIEF** |

I, Lucas Issacharoff, hereby declare the following in accordance with 28 U.S.C. § 1746:

1. I am an associate at the law firm of Susman Godfrey L.L.P., attorneys for Defendant Amazon Web Services, Inc. I submit this declaration in compliance with the Court's

order of March 24, 2017, to submit a declaration of costs associated with filing a revised brief in opposition to Plaintiff CaféX Communications, Inc.'s motion for a preliminary injunction.

2. The revised brief was filed on March 28, 2017. (*See* Dkt. #39). A courtesy copy has been sent to chambers via FedEx.

3. Editing and filing the brief took 2.0 hours of attorney time, consisting of:

- Partner Justin A. Nelson, 0.4 hours at $700/hour;
- Associate Glenn Bridgman, 0.6 hours at $350/hour; and
- Associate Lucas Issacharoff, 1.0 hours at $325/hour.

The total time-value expended on the brief comes to $815.00.

4. Printing, binding, and shipping the courtesy copy cost $103.09.

5. Preparing and filing this declaration took an additional 0.4 hours of Lucas Issacharoff's time, for an additional time-value of $130.00.

6. The total cost of compliance with the Court's order is therefore $1,048.09.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 28, 2017.

_____
Lucas Issacharoff

**CERTIFICATE OF SERVICE**

I certify that on March 28, 2017, this document was properly served on all counsel of record via electronic filing in accordance with the SDNY Procedures for Electronic Filing.

_____
Lucas Issacharoff