**SUSMAN GODFREY L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6022
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/28/17 |

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366

SUITE 950
1901 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3800

LUCAS ISSACHAROFF
DIRECT DIAL (212) 729-2018

E-MAIL LISSACHAROFF@SUSMANGODFREY.COM

March 28, 2017

VIA FAX

Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: Case No 1:17-cv-01349, *CaféX Communications, Inc. v. Amazon Web Services, Inc.*

Dear Judge Marrero:

In accordance with the Court's order of March 24, 2017, Defendant Amazon Web Services, Inc. has filed a revised brief that complies with the Court's rules (*see* Docket No. 39). We respectfully request that the Clerk of Court strike from the docket the original brief (currently at Docket No. 28), per the Court's March 24 order.

Sincerely,

Lucas Issacharoff

cc:  David Brafman (by email)

---

SO ORDERED. The Clerk of Court is directed to remove from the docket of this action the defendant's brief filed under docket No. 28

DATE 3-28-17    VICTOR MARRERO, U.S.D.J.