## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/18
```

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366

SUITE 1400
1900 Avenue of the Stars
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880

LUCAS ISSACHAROFF
DIRECT DIAL (212) 729-2016

E-MAIL LISSACHAROFF@SUSMANGODFREY.COM

March 13, 2018

VIA FACSIMILE

Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Case No. 1:17-cv-01349-VM
    *CaféX Communications, Inc. v. Amazon Web Services, Inc.*

Dear Judge Marrero:

The parties write jointly to request an adjournment of the telephonic status conference scheduled for March 16, 2018, until on or about March 23, 2018. The parties are engaged in productive settlement negotiations, and while additional time is needed to complete a final settlement agreement, we do not wish to use the Court's time unnecessarily.

Sincerely,

*/s/ Lucas Issacharoff*

Lucas Issacharoff

*Counsel for Amazon Web Services, Inc.*

cc:   Counsel of record

Request GRANTED. The next status conference herein is rescheduled to 3-23-18 at 11:00 a.m.

SO ORDERED.

3-13-18
DATE                VICTOR MARRERO, U.S.D.J.