UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/18

CAFEX COMMUNICATIONS, INC.,

    Plaintiff,

v.

AMAZON WEB SERVICES, INC.,

    Defendant.

Case No. 1:17-cv-01349-VM

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CaféX Communications, Inc. ("CafeX"), and Defendant Amazon Web Services, Inc., ("Amazon") jointly stipulate to the dismissal of CafeX's claims with prejudice and dismissal of Amazon's counterclaims with prejudice. Each party will bear its own costs and attorneys' fees. The parties request that the court reserve jurisdiction to enforce the terms of the parties' Confidential Settlement Agreement.

Dated: April 13, 2018

AKERMAN LLP

By: _____
David S. Brafman
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313

*Attorney for Plaintiff CaféX Communications, Inc.*

SUSMAN GODFREY L.L.P.

By: _____
Justin A. Nelson
1000 Louisiana St.
Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Fax: (212) 336-8340

*Attorney for Defendant Amazon Web Services, Inc.*

SO ORDERED. The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

SO ORDERED.

4-17-18
Date     Victor Marrero, U.S.D.J.

SO ORDERED:
17 April 2018
_____
U.S.D.J.